## Drewrys Ltd., U. S. A., Inc., Appellee, v. Drewrys Beers, Inc. et al., Appellants.

Gen. No. 42,426.

Heard in third division, first district, this court; opinion filed October 29, 1942. Freeman & Freeman, for appellants; Earl Freeman, of counsel; Mulcahy, Murphy & Walsh, for appellee; Michael F. Mulcahy and Henry W. Dieringer, of counsel. PER CURIAM. "Not to be published in full."